**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| **LISA McKINLEY TULLIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:15cv90-MHT |
| ) | (WO) |
| **D.A. DOUGLAS A. VALESKA,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit naming as defendants the district attorney of Houston County and two assistant district attorneys and claiming harassment and conspiracy to violate her civil rights.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the objections should be overruled and the

magistrate judge's recommendation adopted, except that the claims against the defendants for prosecuting plaintiff shall be dismissed only on the basis of prosecutorial immunity.

An appropriate judgment will be entered.

DONE, this the 13th day of July, 2015.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**