IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
LISA McKINLEY TULLIS,        )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )          1:15cv90-MHT
                             )              (WO)
D.A. DOUGLAS A. VALESKA,     )
et al.,                      )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 10) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 9) is adopted except as to the recommended dismissal based on the statute of limitations.

(3) Plaintiff's claims against defendants, challenging their conduct in initiating and prosecuting

criminal charges against her, are dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) and (iii), as defendants are entitled to absolute immunity.

(4) Plaintiff's challenge to the constitutionality of the conviction and sentence imposed upon her on or about September 21, 2011, by the Circuit Court for Houston County, Alabama, is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii), as the challenge is not properly before the court at this time.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of July, 2015.

  /s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**